UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOMINIQUE DANIELS,

Plaintiff,

v.

CHRIS M. PERREAULT, ELEAZAR RAMIREZ, ORANGE COUNTY SHERIFF'S DEPARTMENT, THE SUPERIOR COURT OF ORANGE COUNTY, and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:24-cv-02627-JVS (JDEx)

Assigned for All Purposes to:
Honorable James V. Selna

Assigned for All Discovery Matters to:
Judge John D. Early

**JUDGMENT [160]**

# JUDGMENT

On November 4, 2026, after full consideration of the briefing, evidence, and oral submissions by Plaintiff DOMINIQUE DANIELS and Defendant SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE ("Defendant"), the Court granted Defendant's Motion for Summary Judgment in full. (Dkt. 159).

All causes of action involving Defendant having been adjudicated in favor of Defendant and against Plaintiff on the merits and good cause appearing therefor,

IT IS NOW ORDERED, ADJEDGED, AND DECREED that:

1. Plaintiff Dominique Daniels shall take nothing by way of her operative First Amended Complaint (Dkt. 37) against Defendant;
2. Plaintiff Dominique Daniels' entire action against Defendant is dismissed on the merits and with prejudice, and Plaintiff's entire action against Defendant is terminated;
3. Judgment is hereby entered in favor of Defendant and against Plaintiff Dominique Daniels; and
4. Defendant shall be entitled to recover its costs of suit from Plaintiff Dominique Daniels pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

**IT IS SO ORDERED.**

DATE: November 12, 2026

HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, Cynthia Duren, am in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 515 S Figueroa Street, Suite 1800, Los Angeles, CA 90071. My email address is cduren@lozanosmith.com.

On November 5, 2026, I served the attached: **[PROPOSED] JUDGMENT** on the interested parties in said cause, by causing delivery to be made by the mode of service indicated below:

| | |
|---|---|
| DOMINIQUE DANIELS<br>1907 N. Keene Avenue<br>Los Angeles, California 90059<br>P: (424) 757-2523<br>Email: ddaniels34@toromail.csudh.edu<br><br>Plaintiff in Pro Per<br><br>**SERVICE VIA U.S. MAIL AND ELECTRONIC MAIL** | Shannon Gustafson; Garros Chan; and Sofie Beachboard<br>LYNBERG & WATKINS<br>A Professional Corporation<br>1100 W. Town & Country Rd, #1450<br>Orange, CA 92868<br>Email: sgustafson@lynberg.com<br>gchan@lynberg.com<br>sbeachboard@lynberg.com<br>kfonseca@lynberg.com<br><br>Attorneys for Defendants:<br>Orange County Sheriff's Department, Chris M. Perreault, and Eleazar Ramirez<br><br>**SERVICE VIA USDC ECF** |

[X] (***Regular U.S. Mail***) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Lozano Smith, which mail placed in that designated area is given the correct amount of postage and is deposited at the Post Office that same day, in the ordinary course of business, in a United States mailbox in the County of Los Angeles.

[X] (***By Electronic Mail***) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time, any electronic message or other indication that the transmission was unsuccessful. **COURTESY COPY ONLY PER PLAINTIFF**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 5, 2026, at Los Angeles, California.

/s/ *Cynthia Duren*
Cynthia Duren