JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINIQUE DANIELS,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS M. PERRAULT, ELEAZAR RAMIREZ, ORANGE COUNTY SHERIFF'S DEPARTMENT, THE SUPERIOR COURT OF ORANGE COUNTY, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-02627 JVS (JDEx)<br><br>*Assigned for All Purposes to: Honorable James V. Selna*<br><br>*Assigned for All Discovery Matters Judge John D. Early*<br><br>**JUDGMENT** |

# JUDGMENT

On October 27, 2026, after full consideration of the briefing, evidence, and oral submissions by Plaintiff Dominique Daniels and Defendants Chris M. Perreault, Eleazar Ramirez, and Orange County Sheriff's Department (collectively "County Defendants"), the Court granted County Defendants' Motion for Summary Judgment in full. (Dkt. 149).

All causes of action involving County Defendants having been adjudicated in favor of County Defendants and against Plaintiff on the merits and good cause appearing therefor,

**IT IS NOW ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff Dominique Daniels shall take nothing by way of her operative First Amended Complaint (Dkt. 37) against County Defendants;

2. Plaintiff Dominique Daniels' entire action against County Defendants is dismissed on the merits and with prejudice, and Plaintiff's entire action against all of the County Defendants is terminated;

3. Judgment is hereby entered in favor of the County Defendants and against Plaintiff Dominique Daniels; and

4. The County Defendants shall be entitled to recover their costs of suit from Plaintiff Dominique Daniels pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED: November 23, 2026

By: James V. Selna

**HON. JAMES V. SELNA**
United States District Judge